STATE v. CHAPPELL
No. A-1754.    Opinion Filed November 20, 1915.
(152 Pac. 1199.)

Appeal from District Court, Logan County; A. H. Huston, Judge.

A demurrer to an indictment against Will H. Chappell, for burglary with intent to mutilate election certificates, was sustained, and the State attempts to appeal.    Attemped appeal dismissed.

Chas. West, Atty. Gen., and John Adams, County Attorney, of Guthrie, for the State.

John Devereux and John Emby, both of Oklahoma City, and James Hepburn, of Guthrie, for defendant in error.

PER CURIAM.    In this case the state attempted to appeal from the judgment of the district court of Logan county sustaining a demurrer to an indictment for burglary with intent to mutilate election certificates.    The defendant in error has filed a motion to dismiss said appeal, "because the certified transcript attached to the petition in error does not show that the notice of appeal required by law was served upon the defendant in error, or upon the clerk of the district court, as provided by law."    The motion to dismiss we find is well taken.    The attempted appeal herein by the State is therefore dismissed.

---

STATE ex rel. HARMON, County Attorney, v. SCOTT, County Judge.
No. A-1843.    Opinion Filed May 28, 1915.
(152 Pac. 1199.)

Petition by the State, on the relation of C. N. Harmon, County Attorney of Garfield County, against Winfield Scott, County Judge of Garfield County, for a writ of mandamus.

C. N. Harmon and A. J. Jones, both of Enid, for petitioner.

PER CURIAM.    Writ allowed.

---

WHITWORTH et al. v. STATE
Nos. A-2007, A-2077.    Opinion Filed October 23, 1915.
(152 Pac. 1199.)

Appeal from County Court, Woodward County; Clyde H. Wyand, Judge.

J. R. Whiteworth and another were convicted of criminal conspiracy, and appeal.    Appeal dismissed, and cause remanded.

Hoover, Cowgill & Swindall and W. A. Briggs, all of Oklahoma City, for plaintiffs in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.    The plaintiffs in error were jointly charged, tried and convicted of criminal conspiracy as defined by subdivision 4 of section 2232, Rev. Laws, and in accordance with the verdict of the jury Whitworth was sentenced to be confined in the county jail for 30 days and to pay a fine of $400, and Benefiel was sentenced to be confined in the county jail for 30 days and pay a fine of $200.    From the judgments